PROB 12C
(7/93)

Report Date: June 6, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Dean Fedrick | Case Number: 0980 2:07CR00051-RMP-3 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: January 18, 2008 | |
| Original Offense: | Production of Child Pornography, 18 U.S.C. § 2251(a); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); |
| Original Sentence: Prison - 120 months; TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: January 7, 2016 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: Life |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 21**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2).  Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars.  You shall not utilize any sex-related adult telephone numbers.  The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records. |
| | **Supporting Evidence**: On June 3, 2016, Mr. Fedrick submitted to a polygraph test as required by his conditions of supervised release. During the test, Mr. Fedrick admitted to purchasing and viewing two pornographic magazines from Hastings. Mr. Fedrick also reported that he then purchased a pornographic DVD from an ad that he located in one of the magazines. |
| | On June 6, 2016, Mr. Fedrick reported to U.S. Probation to address the statements made during his polygraph. He openly admitted to purchasing two pornographic magazines and a pornographic DVD, as previously disclosed during his polygraph test. Mr. Fedrick indicated that he has since thrown the illicit items away. It should be noted that, according |

Prob12C
Re: Fedrick, James Dean
June 6, 2016
Page 2

                to Mr. Fedrick, at no time did he disclose the above behavior to U.S. Probation or to treatment staff prior to the polygraph test occurring on June 3, 2016.

2      **Special Condition # 25**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising probation officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising probation officer.

        **Supporting Evidence**: On June 3, 2016, Mr. Fedrick submitted to a polygraph test as required by his conditions. During the polygraph Mr. Fedrick admitted that 2 or 3 weeks ago, while on the bus, he "tapped" a child on her bare thigh with two fingers. Mr. Fedrick further disclosed that the touching was intentional and that nobody observed his behavior. Mr. Fedrick indicated that the touching lasted for approximately 1 second.

        On June 6, 2016, Mr. Fedrick reported to U.S. Probation to address the statements made during his polygraph. Mr. Fedrick again openly admitted to the touching and stated that the girl was approximately 3 years of age. He indicated that he touched her because she looked soft. Mr. Fedrick also indicated that the touching made him want to do more, but he indicated that he would never cross that line. It should be noted that according to Mr. Fedrick, at no time did he disclose the above behavior to U.S. Probation or to treatment staff prior to the polygraph test occurring on June 3, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 6, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

6/6/2016

Date